**Order entered April 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00470-CV

**JOHN DOE I, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE II, A MINOR,**
**Appellants**

**V.**

**RIPLEY ENTERTAINMENT, INC. AND JIM PATTISON U.S.A., INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

Before the Court is appellees' April 22, 2019 unopposed motion for an extension of time

to file their brief. We **GRANT** the motion and extend the time to **May 6, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE